ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARCUS RUBEN ELLINGTON, | Case No. CV 13-03414 ABC (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| M. D. BITER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed with prejudice.

Dated: August 6, 2013

*Audrey B. Collins*

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE