FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MARCUS RUBEN ELLINGTON,

    Petitioner,

    v.

M. D. BITER, Warden,

    Respondent.

Case No.  CV 13-03414 ABC (AN)

JUDGMENT

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed with prejudice.

Dated: August 6, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE